In the Matter of CRYSTAL CORP., Petitioner, v DARREN P. POWERS, Respondent.—

Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

In the Matter of ARTHUR CARMICHAEL, Appellant, v CARRIE CARMICHAEL, Respondent.—

Present —Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

DANIEL ELSTEIN, Respondent, v STATE DIVISION OF HUMAN RIGHTS, Appellant.—

Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.